No. 703.   SMITH v. MERCER, CHIEF JUDGE.   C. A. 7th Cir.   Certiorari denied.   *Mozart G. Ratner* for petitioner.   *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph M. Howard* for respondent.

No. 714.   TENNESSEE EX REL. STALL ET AL. v. CITY OF KNOXVILLE.   Supreme Court of Tennessee.   Certiorari denied.   *G. Edward Friar* and *William A. Reynolds* for petitioners.   *C. R. McClain* for respondent.

No. 716.   THIBODEAUX ET AL. v. COMEAUX ET AL.   Supreme Court of Louisiana.   Certiorari denied.   *Sam H. Jones* for petitioners.

No. 718.   SEAFARERS INTERNATIONAL UNION OF NORTH AMERICA, ATLANTIC, GULF, LAKES & INLAND WATER DISTRICT, PUERTO RICO DIVISION, AFL–CIO, v. PUERTO RICO LABOR RELATIONS BOARD.   Supreme Court of Puerto Rico.   Certiorari denied.   *Richard P. Long* for petitioner.

No. 721.   MAY v. PENNSYLVANIA RAILROAD Co.   Court of Appeals of Ohio, Franklin County.   Certiorari denied.   *C. Richard Grieser* for petitioner.   *Robert L. Barton* for respondent.

No. 724.   SOUTHWEST MAGAZINE Co. v. CITY OF FORT WORTH.   Supreme Court of Texas and Court of Civil Appeals of Texas, Second Supreme Judicial District.   Certiorari denied.   *Winfred Hooper, Jr.* for petitioner.   *S. G. Johndroe, Jr.* for respondent.